UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                       Applicant,  :
  - against -  :
:
CHARLES T. LAWRENCE,  :
:
                       Respondent.  :
------------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/06/2013
```

## ORDER TO SHOW CAUSE

WHEREAS, the Securities and Exchange Commission (the "Commission") applied for an order directing respondent Charles T. Lawrence ("Respondent") to show cause why he should not be ordered to produce documents and to appear for testimony as called for by the Commission's October 23, 2013 subpoena (the "Subpoena");

WHEREAS, the Court has considered the application filed by the Commission and the memorandum of law and declaration, with exhibits, filed in support of the application;

WHEREAS, based upon these documents, the Court is satisfied that the Commission has made a sufficient and proper showing in support of the relief sought in its application, and therefore:

### I.

**IT IS HEREBY ORDERED** that Respondent shall appear before this Court at 10:30 a.m. on November 13, 2013, in Room 9A of the United States Courthouse, 500 Pearl Street, New York, New York 10007, to show cause why the Court should not issue an Order:

    (a)    directing Respondent to produce all documents responsive to the Subpoena within his possession, custody, or control to the Commission's New York Regional Office, 200 Vesey

Street, Suite 400, New York, New York no later than **December 6**, 2013, or another date acceptable to Commission staff;

  (b) directing Respondent to appear for testimony, to be held at the Commission's New York Regional Office, 200 Vesey Street, Suite 400, New York, New York, beginning at 10:00 a.m. on **December 13**, 2013, or another date acceptable to Commission staff;

  (c) directing that, in the event Respondent does not produce all non-privileged documents responsive to the subpoena within his possession, custody, or control to the Commission at the date set forth above in paragraph (a), or appear for testimony on the date and time set forth above in paragraph (b), by the dates specified above in those paragraphs

    (i) the Commission will have established a *prima facie* case of civil contempt against Respondent for failing to comply with the Order directing the production of documents and to appear for testimony;

    (ii) Respondent may be held in civil contempt for failure to comply with that Order without further notice or hearing; and

  (d) granting the relief in the foregoing paragraphs (a) through (c) in the event that Respondent fails to appear before this Court at the date and time set forth above.

## II.

**IT IS FURTHER ORDERED** that a copy of this Order and the papers supporting the Commission's application be served upon Respondent on or before **November 7**, 2013 using United Parcel Service or any other overnight delivery service.

2

## III.

**IT IS FURTHER ORDERED** that Respondent shall file and serve any opposing papers in response to the application no later than 10:00 a.m November 12, 2013. Service shall be made by delivering the papers by that date to Alexander Janghorbani and Karen Lee at the Commission's New York Regional Office via email at JanghorbaniA@sec.gov and LeeKa@sec.gov, respectively. The Commission shall have until 5:00pm. Nov. 12, 2013, to serve any reply papers on Respondent by mailing the papers on or before that date using United Parcel Service overnight delivery or any other overnight delivery service.

**SO ORDERED.**

Dated: Nov. 6, 2013
New York, New York

_____
UNITED STATES DISTRICT JUDGE