UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
                           Applicant,  :     13 Misc. 00376-P1
- against -  :
:     ECF Case
CHARLES T. LAWRENCE,  :
:
                           Respondent.  :
------------------------------------------------------------------x

**NOTICE OF SECURITIES AND EXCHANGE COMMISSION'S MOTION
FOR AN ORDER HOLDING CHARLES T. LAWRENCE IN CIVIL CONTEMPT FOR
FAILURE TO COMPLY WITH THE COURT'S ORDER OF NOVEMBER 13, 2013**

PLEASE TAKE NOTICE that, on the basis of the accompanying Memorandum of Law, the Declaration of Karen M. Lee, and the exhibits thereto, Applicant Securities and Exchange Commission will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time set by the Court, for an order holding Respondent Charles T. Lawrence in civil contempt of the Court's November 13, 2013 Order compelling Lawrence to produce certain documents and to appear to provide sworn testimony before the Commission pursuant to the Commission's investigative subpoena, dated October 23, 2013, and for such other and further relief as the Court may deem appropriate and just.

Dated: February 26, 2014
       New York, York

By: _____
Alexander Janghorbani
Karen M. Lee
Attorneys for the Applicant
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022
(212) 336-0120 (Lee)
(212) 336-1317 (fax)
LeeKa@sec.gov