```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

        Applicant,

 - against -

CHARLES T. LAWRENCE,

        Respondent.
------------------------------------------------------------x

13 Misc. 00376-P1

ECF Case

## STIPULATION AND ~~PROPOSED~~ ORDER

**WHEREAS**, on February 26, 2014, Applicant Securities and Exchange Commission (the "Commission") filed a Motion for an Order Holding Charles T. Lawrence in Civil Contempt (the "Contempt Motion") of its October 23, 2013 administrative subpoena [DE 11];

**WHEREAS**, Respondent Charles T. Lawrence's ("Lawrence") opposition to the Contempt Motion is currently due to be filed with the Court on April 4, 2014 [DE 15];

**WHEREAS**, on March 11, 2014, Lawrence appeared and provided testimony before the Commission's staff in its ongoing investigation pursuant to the Court's November 13, 2013 Order to Compel Compliance with Subpoena (the "Subpoena Compliance Order") [DE 7];

**WHEREAS**, prior to his testimony, Lawrence produced certain documents responsive to the Commission's October 23, 2013 administrative subpoena, as required by the Subpoena Compliance Order;

**WHEREAS**, at his testimony, Lawrence testified that he may have within his possession, custody, or control additional documents, some of which are responsive to the Commission's October 23, 2013 investigative subpoena ("Additional Responsive Documents"); and

1

**WHEREAS**, Lawrence represented to the Commission that he undertook a search for the Additional Responsive Documents, notified the Commission of the results of his search, and provided relevant information.

**NOW, THEREFORE**, the Commission and Lawrence stipulate and agree as follows:

1. Lawrence has complied with the Subpoena Compliance Order.

2. The Contempt Motion is withdrawn as moot and the action dismissed without prejudice.

3. Signature by facsimile herein shall be considered good and sufficient so as to constitute an original signature.

Dated: New York, New York
April \_\_, 2014

SECURITIES AND EXCHANGE COMMISSION

By: _____
Alexander Janghorbani, Esq.
Senior Trial Counsel
Brookfield Place, 200 Vesey St., Room 400
New York, New York 10281
Tel: (212) 336-0177
*Attorneys for Applicant*

THE ROTH LAW FIRM, PLLC

By: _____
Richard A. Roth, Esq.
*Attorney for Respondent*

SO ORDERED
\_\_\_4/4_____, 2014

_____
UNITED STATES DISTRICT JUDGE